AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Dennis George Adams Jr.<br><br>*Defendant* | )<br>)   Case No. 23-mj-240<br>)   Assigned To: Magistrate Judge Zia M. Faruqui<br>)   Date Assigned: 9/1//2023<br>)   Description: Complaint with Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    __Dennis George Adams Jr.__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:    09/01/2023                                           Zia M. Faruqui
                                                              2023.09.01 15:30:39 -04'00'
                                                              *Issuing officer's signature*

City and state:    Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                 *Printed name and title*

---

### Return

This warrant was received on *(date)* 09/01/2023, and the person was arrested on *(date)* 09/06/2023
at *(city and state)* Tacoma, WA.

Date: 9/6/2023                                   *(signature)*
                                                 *Arresting officer's signature*

                                                 Michael Kilroy Jr — Special Agent
                                                 *Printed name and title*